UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RONALD TALLQUIST ,

    Plaintiff,

 -vs-                                    Case No. 08-13922
                                          Hon. Stephen J. Murphy

LTD FINANCIAL SERVICES, L.P.,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL of LTD FINANCIAL SERVICES, L.P. WITH PREJUDICE

The Plaintiff dismisses all claims against LTD FINANCIAL SERVICES, L.P. with prejudice and without costs, sanctions, or attorneys fees.

Respectfully Submitted,

ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC

By:   s/ Adam G. Taub
       Adam G. Taub (P48703)
       Attorney for Ronald Tallquist
       18930 West Ten Mile Rd, Ste 2500
       Southfield, MI 48075
       (248) 746-3790
       adamgtaub@clgplc.net

Dated: October 14, 2008